Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Phone:  (702) 878-7878
Fax:  (702) 968-7525
E-mail: justin@erinjuryattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBROUGH T. STARKWEATHER, individually; <br><br> Plaintiffs, <br> vs. <br><br> ALBERTSON'S LLC; INVESTMENT PROPERTIES ASSOCIATES, LLC; CENTER POINTE PLAZA LLC; INVESTMENT PROPERTIES, LLC; DOES I - X, and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-00418-DJA <br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

**1.** **Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 20, 2025, and was attended by Justin G. Randall, Esq. of ER Injury Attorneys, for Plaintiff, and Jack P. Burden, Esq. of Backus Burden, for Defendant Albertson's, LLC and Thomas D. Dillard, Esq., of Olson Cannon & Gormley, for Defendant Center Pointe Plaza, LLC.

**2.** **Pre-Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff and Defendant will serve their Initial Disclosures on or before March 21, 2025.

**3.** **Areas of Discovery**: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**4.** **Changes to Discovery Rules:**  The parties do not see a need to change the discovery rules set forth in the Federal Rules of Civil Procedure and the Local Rules for the District of Nevada.

**5.** **Discovery Plan:** The parties proposed the following discovery plan:

**A.** **Alternative Dispute Resolution:**  The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration and if applicable, early neutral resolution.

**B.** **Alternative Forms of Case Disposition:** The parties certify they considered

consent to trial by magistrate judge under 28 USC § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. Defendant is currently unwilling to consent to either.

        **C.**    **Discovery Cut-off Dates(s):** LR 26-1(b)(1) provides that "unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." The parties agree there is no need for a special review. Therefore, the parties agree that discovery must be commenced and completed no later than September 5, 2025. This date is 179 days after Defendant's filing of its appearance and answer.

        **D.**    **Amending the Pleadings and Adding Parties:** The parties shall have until June 6, 2025, to file any motions to amend the pleadings to add parties. This is 91 days before the discovery cut-off date.

        **E.**    **FRCP 26-1(b)(3) Disclosures of Experts:** Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) as follows: the disclosure of experts and their reports shall occur on or before July 7, 2025. The disclosure of rebuttal experts and their reports shall occur on or before August 6, 2025. These deadlines are 60 and 30 days before the disclosure cut-off-date, respectively.

        **F.**    **Dispositive Motions:** The parties shall have until October 6, 2025, to file dispositive motions. This is 31 days after the discovery cut-off date.

        **G.**    **Pre-Trial Order:** The parties will prepare a Consolidated Pre-Trial Order on or before November 5, 2025, which is 30 days after the date set for filing dispositive motions in the case. This Deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and objections thereto, shall be made in the pre-trial order.

        **H.**    **Electronic Evidence:** The parties certify they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. At this time, the parties agree they will submit their exhibits to the court in paper format or electronic format. The parties agree to service of discovery requests and responses in PDF

format via Email, where practical. For documents too large to send via email, the parties consent to exchange via a cloud-based service (DropBox, OneDrive, iCloud, etc) or on a CD or DVD sent via US Mail.

        **I.**    **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

        **J.**    **Extensions or Modifications of the Discovery Plan and Scheduling Order**: LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion must be made not later than <u>August 15, 2025,</u> 21 days before the discovery cut-off date.

        **K.**    **Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Fed. R. Civ. P. 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

        **L.**    **Electronic Service of Discovery:** Counsel for Plaintiff hereby agrees to electronic service of all documents to the following email addresses: justin@erinjuryattorneys.com and miriam@erinjuryattorneys.com.

Counsel for Defendant Albertson's, LLC hereby agrees to electronic service of all documents to the following email addresses: jburden@backuslaw.com and jamieclark@backuslaw.com

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Counsel for Defendant Center Pointe Plaza, LLC hereby agrees to electronic service of all documents to the following email address: tdillard@ocgattorneys.com.

| ER INJURY ATTORNEYS | BACKUS \| BURDEN |
|---|---|
| By: */s/ Justin Randall* <br> Justin G. Randall, Esq. <br> Nevada Bar No. 12476 <br> *Attorneys for Plaintiff* | By: */s/ Jack Burden* <br> Jack P. Burden, Esq. <br> Nevada Bar No. 6918 <br> Jamie Clark, Esq. <br> Nevada Bar 16687 <br> *Attorney for Defendant Albertson's LLC* |

OLSON CANNON & GORMLEY

By: */s/ Thomas Dillard*
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 006270
*Attorney for Defendant Center Pointe Plaza, LLC*

**ORDER**

IT IS SO ORDERED:

DATED: 3/31/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Kimbrough Starkweather v. Albertson's LLC, et al.-- REQUEST TO SCHEDULE FRCP 26(f) CONFERENCE
1 message

**Jack Burden** <jackburden@backuslaw.com>  Fri, Mar 28, 2025 at 8:54 AM
To: April Taylor <april@erinjuryattorneys.com>, Tom Dillard <tdillard@ocgattorneys.com>
Cc: Anne Raymundo <anneraymundo@backuslaw.com>, Nan Langenderfer <nlangenderfer@ocgattorneys.com>, Jamie Clark <jamieclark@backuslaw.com>, Justin Randall <justin@erinjuryattorneys.com>, "kimbroughstarkweatherz12248266@er.filevineapp.com" <kimbroughstarkweatherz12248266@er.filevineapp.com>, Miriam Alvarez <miriam@erinjuryattorneys.com>

Approved.  Please affix my signature.



**Jack P. Burden, Esq.**

**3050 South Durango Drive**

**Las Vegas, Nevada 89117**

**O.  (702) 872-5555 x 220**

**F.  (702) 872-5545**

**E.  jburden@backuslaw.com**

---

**From:** April Taylor <april@erinjuryattorneys.com>
**Sent:** Friday, March 21, 2025 2:14 PM
**To:** Jack Burden <jackburden@backuslaw.com>; Tom Dillard <tdillard@ocgattorneys.com>
**Cc:** Anne Raymundo <anneraymundo@backuslaw.com>; Nan Langenderfer <nlangenderfer@ocgattorneys.com>; Jamie Clark <jamieclark@backuslaw.com>; Justin Randall <justin@erinjuryattorneys.com>; kimbroughstarkweatherz12248266@er.filevineapp.com; Miriam Alvarez <miriam@erinjuryattorneys.com>
**Subject:** Re: Kimbrough Starkweather v. Albertson's LLC, et al.-- REQUEST TO SCHEDULE FRCP 26(f) CONFERENCE

Good afternoon, Attached please find the JCCR.  Please review and let us know if you have any changes.  If acceptable, please let us know if we can file using your e-signature.

I  also attached Plaintiff's Initial FRCP.  Please let us know immediately if you object to service by this means and would prefer to receive service by United States mail. Thank you.



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Kimbrough Starkweather v. Albertson's LLC, et al.-- REQUEST TO SCHEDULE FRCP 26(f) CONFERENCE
1 message

**Tom Dillard** <tdillard@ocgattorneys.com>                                              Fri, Mar 28, 2025 at 8:40 AM
To: April Taylor <april@erinjuryattorneys.com>, Jack Burden <jackburden@backuslaw.com>
Cc: Anne Raymundo <anneraymundo@backuslaw.com>, Nan Langenderfer <nlangenderfer@ocgattorneys.com>, Jamie Clark <jamieclark@backuslaw.com>, Justin Randall <justin@erinjuryattorneys.com>, "kimbroughstarkweatherz12248266@er.filevineapp.com" <kimbroughstarkweatherz12248266@er.filevineapp.com>, Miriam Alvarez <miriam@erinjuryattorneys.com>

Please change my email address to tdillard@ocgattorneys.com.  Otherwise, it looks good, and you can affix my electronic signature.

Thomas D. Dillard, Jr., Esq., Shareholder

Olson Cannon & Gormley

9950 W. Cheyenne Ave.

Las Vegas, Nevada 89129

PH: 702-384-4012

FX: 702-383-0701

**Privileged and Confidential**

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** April Taylor <april@erinjuryattorneys.com>
**Sent:** Friday, March 21, 2025 2:14 PM
**To:** Jack Burden <jackburden@backuslaw.com>; Tom Dillard <tdillard@ocgattorneys.com>
**Cc:** Anne Raymundo <anneraymundo@backuslaw.com>; Nan Langenderfer <nlangenderfer@ocgattorneys.com>; Jamie Clark <jamieclark@backuslaw.com>; Justin Randall <justin@erinjuryattorneys.com>; kimbroughstarkweatherz12248266@er.filevineapp.com; Miriam Alvarez <miriam@erinjuryattorneys.com>
**Subject:** Re: Kimbrough Starkweather v. Albertson's LLC, et al.-- REQUEST TO SCHEDULE FRCP 26(f) CONFERENCE

Good afternoon, Attached please find the JCCR.  Please review and let us know if you have any changes.  If acceptable, please let us know if we can file using your e-signature.

I  also attached Plaintiff's Initial FRCP.  Please let us know immediately if you object to service by this means and would prefer to receive service by United States mail. Thank you.