Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclarkbackuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WADE BRUSH, as Special Administrator of the Estate of, KIMBROUGH T. STARKWEATHER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S LLC; INVESTMENT PROPERTIES ASSOCIATES, LLC; CENTER POINTE PLAZA LLC; INVESTMENT PROPERTIES, LLC; DOES I - X, and ROE CORPORATIONS I - X, inclusive,,<br><br>Defendants. | **2:25-cv-00418-JAD-DJA**<br><br>**Order Granting Stipulation to Dismiss, Adopting Report and Recommendation, and Denying Motion for Summary Judgment as Moot**<br><br>ECF Nos. 36, 43, 44 |

Plaintiff **MICHAEL WADE BRUSH, as Special Administrator of the Estate of, KIMBROUGH T. STARKWEATHER, Deceased**, by and through his counsel of record Justin G. Randall, Esq. of ER INJURY ATTORNEYS, **Defendant Center Pointe Plaza LLC** by and through its counsel of record Stephanie Zinna, Esq. of OLSON, CANNOLN & GORMLELY, and **Defendant Albertson's LLC** by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm BACKUS | BURDEN**,** hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation WITH prejudice.

**Case No. 2:25-cv-00418-DJA**

This dismissal *does* completely resolve this entire matter. Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: *October 14, 2026*
ER INJURY ATTORNEYS
By /s/ ***Justin G. Randall***
Justin G. Randall, Esq.
1700 S. Pavilion Cntr Dr.,# 530
Las Vegas, Nevada 89135
T: 702.878.7878 – F: 702.968-7525
justin@ERInjuryAttorneys.com
*Attorneys for Plaintiff*

Dated: *October 30 , 2026*
OLSON, CANNOLN & GORMLELY
By /s/ *Stephanie Zinna*
Stephanie Zinna., Esq.
9950 W. Charleston Avenue
Las Vegas, NV 89120
T: 702.384.4012 – F: 702.383,9791
Szinna@ocattorneys.com
Attorney for Center Pointe Plaza LLC

Dated: September , 2026
**BACKUS | BURDEN**
By */s/ Jacquelyn Fran co*
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555 - (702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant, *Albertson's LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs; the magistrate judge's report and recommendation **[ECF No. 44] is ADOPTED**; and the motion for summary judgment **[ECF No. 36] is DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: October 27, 2026

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545